FILED: September 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4186 (L)
(3:12-cr-00188-FDW-DSC-18)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KENTRELL TYRONE MCINTYRE, a/k/a Mustafa

      Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk